IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PABLO CHINA VALLE,

      Petitioner,               No. CIV S-09-1467 GGH P

   vs.

M.S. EVANS, et al.,

      Respondents.         <u>ORDER</u>

_____/

      Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 19, 2009, petitioner filed an application to proceed in forma pauperis.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

      Accordingly, IT IS HEREBY ORDERED that petitioner's motion to proceed in forma pauperis (no. 10) is granted;

DATED: July 6, 2009

                                            /s/ Gregory G. Hollows

val1467.ifp                                     UNITED STATES MAGISTRATE JUDGE